IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICK D. THOMPSON, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:15-cv-00709-SWW |
| | * | |
| | * | |
| HORACE WALTERS, individually | * | |
| and in his official capacity as Chief | * | |
| of Police in and for the City of | * | |
| Alexander, AR; CITY OF | * | |
| ALEXANDER, ARKANSAS, | * | |
| | * | |
| Defendants. | * | |

ORDER

By Order entered November 18, 2015 [doc.#5], the Court granted Plaintiff Patrick D. Thompson's motion for leave to proceed *in forma pauperis* and directed the United States Marshal for the Eastern District of Arkansas to serve the summons and complaint on the defendants in this action. However, before this case can go forward, plaintiff must provide Defendants' address for service of the complaint and summons. See *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993) (per curiam) (noting that a *pro se* plaintiff proceeding *in forma pauperis* bears the responsibility to provide a proper address for service on the defendant). Plaintiff has fifteen (15) days from the entry date of this order in which to file a motion for service that contains defendants' address for service of process.

IT IS SO ORDERED this 20th day of November 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE