IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICK D. THOMPSON, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:15-cv-00709-SWW |
| | * | |
| | * | |
| HORACE WALTERS, individually | * | |
| and in his official capacity as Chief | * | |
| of Police in and for the City of | * | |
| Alexander, AR; CITY OF | * | |
| ALEXANDER, ARKANSAS, | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Opinion and Order that was entered on this day, it is

Considered, Ordered, and Adjudged that this action is hereby dismissed.

IT IS SO ORDERED this 18th day of October 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE